Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TINA MARIE GAROFALO,<br><br>    Defendant. | DOCKET NO: 6:13-mj-039-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated:  July 1, 2014     NATIONAL PARK SERVICE

  /S/ Matthew Redman_____
Matthew Redman
Legal Intern

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Tina Garofalo*, 6:13-mj-039-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   July 1, 2014              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE